DECEMBER 19, 1960

**No. 64983.**—Instrumentation Associates, Inc. *v.* United States, protests 60/4037 and 60/4038.——————————————————————Abstract 64749. Plaintiff's application for rehearing granted.

DECEMBER 21, 1960

**No. 64984.**—Laco Trading Co. *v.* United States, protest 58/7990.——————————————————————Abstract 64769. Plaintiff's application for rehearing granted.